1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL WARFIELD,

    Plaintiff,

v.

CHARLES O. BAKER, RON NEWGARD,
and F/V LINDA KAY, and DOES ONE
through TEN, inclusive,

    Defendants.
                                        /

No. C 08-04593 WHA

**ORDER TO SHOW CAUSE**

On motion by plaintiff's counsel, the case management conference was continued and the new date was set for February 12. The new date was of record very shortly after the motion was made. In addition, the Court's secretary called both sides to remind them that even though they failed to file a joint case management statement, they still needed to be present on February 12 at 11:00 a.m. for the case management conference. Nonetheless, plaintiff's counsel failed to appear for the conference. Defense counsel did appear and made a reasonable presentation that this action should be transferred to the Western District of Washington. Plaintiff is **ORDERED TO SHOW CAUSE** why this case should not be so transferred. This submission is due by **FEBRUARY 20, 2009, AT NOON**. Plaintiff is also **ORDERED TO SHOW CAUSE** why, in the alternative, this action should not be dismissed (without prejudice) for lack

of prosecution. Please submit the response to the order to show cause on the same schedule as above.

**IT IS SO ORDERED.**

Dated: February 12, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE